AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Adria English | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CV-05090 |
| Combs, et. al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Adria English

Date: 7/18/2024

*Attorney's signature*

Ariel Mitchell- Kidd (Bar # 125714)
*Printed name and bar number*

500 NW 2nd Ave.
#12864
Miami, FL 33101
*Address*

ariel@arielesq.com
*E-mail address*

305-903-5385
*Telephone number*

n/a
*FAX number*