UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

      -against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF
DADDY, PUFFY, BROTHER LOVE", BAD BOY
ENTERTAINMENT HOLDINGS, INC., SEAN JOHN
CLOTHING LLC, INC., COMBS GLOBAL
ENTERPRISES, TAMIKO THOMAS, JACOB
ARABOV a/k/a "JACOB THE JEWELER," VIBE
MAGAZINE a/k/a "VIBE," PENSKE MEDIA
CORPORATION a/k/a and d/b/a "PMC," JOHN and
JANE DOES 1-10, and ORGANIZATIONAL DOES 1-
10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  09/10/2024

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

     On July 9, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by September 9, 2024.  ECF No. 6.  Those submissions are now overdue.

     Additionally, on August 6, 2024, Plaintiff was directed to re-file the civil cover sheet and complaint in compliance with the applicable rules.  Plaintiff has not done so.

     Accordingly, by **September 17, 2024**, Plaintiff shall re-file the civil cover sheet and complaint as directed.  By **October 1, 2024**, the parties shall submit their joint letter and proposed case management plan.  *See* ECF No. 6.

     SO ORDERED.

Dated: September 10, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge