UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adria English<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Sean Combs, et. al.<br><br>　　　　　　　　　Defendants. | Civil Action No. 24-CV-05090-AT<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE**, that upon all papers and proceedings in this matter, Plaintiff's Attorneys Ariel Mitchell-Kidd, Esq. and Steven A. Metcalf II, Esq., will move this Court, Hon. Analisa Torres, U.S.D.J., Courtroom 15D, United States Courthouse, 500 Pearl Street, New York, New York 10007, on October 1, 2024, or as soon thereafter as counsel can be heard, for an Order, pursuant to Federal Rule of Civil Procedure 55(b)(2), for the Court to enter a judgment **GRANTING** attorneys Ariel Mitchell-Kidd, Esq. and Steven A. Metcalf II, Esq.'s Motion to Withdraw as counsel for Plaintiff Adria English.

Dated:　　　　　October 1, 2024
　　　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| Ariel Mitchell- Kidd, Esq.<br>The Law Office of Ariel Mitchell, P.A.<br>500 NW 2nd Ave., #12864<br>Miami, FL 33101<br>P: 305-903-5835 | Steven A. Metcalf II, Esq.<br>Metcalf & Metcalf, P.C.<br>99 Park Ave, Suite 810<br>New York, NY 10016<br>P: 646-253-0514 |