UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Adria English<br><br>                   Plaintiff,<br><br>vs.<br><br>Sean Combs, et. al.<br><br><br><br>                  Defendants. | Civil Action No. 24-CV-05090-AT<br><br><br><br>**PROPOSED ORDER ON MOTION TO WITHDRAW AS COUNSEL** |

## JUDGMENT

On July 3, 2024, this action was commenced by Plaintiff in filing of the Complaint. The Summons and Complaint in this action have not been duly served on any Defendants to date.

NOW, on Motion of Plaintiff's former attorney, Ariel Mitchell-Kidd, Esq. and Steven A. Metcalf II, Esq., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Ariel Mitchell-Kidd, Esq. and Steven A. Metcalf, Esq.'s Motion to Withdraw as counsel is **GRANTED**.

Dated: New York, New York

ISSUED: _____

                                                _____
                                                    Honorable Analisa Torres
                                                    UNITED STATES DISTRICT JUDGE