UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

-against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC, INC., COMBS GLOBAL ENTERPRISES, TAMIKO THOMAS, JACOB ARABOV a/k/a "JACOB THE JEWELER," VIBE MAGAZINE a/k/a "VIBE," PENSKE MEDIA CORPORATION a/k/a and d/b/a "PMC," JOHN and JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/03/2024_

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      The Court is in receipt of counsel for Plaintiff's motion to withdraw as counsel. ECF No. 29. Counsel's request for an *ex parte in camera* hearing, *see id.* at 7, is DENIED.

      By **October 8, 2024**, counsel for Plaintiff shall submit to the Court an *ex parte* letter and any accompanying materials necessary to provide additional detail related to counsel's motion to withdraw. *See Weinberger v. Provident Life Cas. Ins. Co.*, No. 97 Civ. 9262, 1998 WL 898309, at *1 (S.D.N.Y. Dec. 23, 1998) ("[I]t is appropriate for a Court considering a counsel's motion to withdraw to consider *in camera* submissions to prevent a party from being prejudiced by the application of counsel to withdraw."). Counsel's letter shall be submitted via email to the Court for *in camera* review. *See* Individual Practices § I.B (listing the chambers email address).

      SO ORDERED.

Dated: October 3, 2024
       New York, New York

                                      ANALISA TORRES
                                United States District Judge