```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ADRIA ENGLISH,

                        Plaintiff,

        -against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF
DADDY, PUFFY, BROTHER LOVE", BAD BOY
ENTERTAINMENT HOLDINGS, INC., SEAN JOHN
CLOTHING LLC, INC., COMBS GLOBAL
ENTERPRISES, TAMIKO THOMAS, JACOB
ARABOV a/k/a "JACOB THE JEWELER," VIBE
MAGAZINE a/k/a "VIBE," PENSKE MEDIA
CORPORATION a/k/a and d/b/a "PMC," JOHN and
JANE DOES 1-10, and ORGANIZATIONAL DOES 1-
10,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _10/10/2024_

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      On October 2, 2024, counsel for Plaintiff, Ariel Mitchell-Kidd and Steven A. Metcalf, II, moved to withdraw as counsel. ECF No. 29. On October 9, 2024, counsel transmitted an *ex parte* letter for *in camera* review setting forth in further detail the factual basis for counsel's motion. *See* ECF No. 30 (explaining that the Court may consider *in camera* submissions to prevent a party from being prejudiced by the application of counsel to withdraw). Having reviewed counsel's submissions, the Court finds that "satisfactory reasons for withdrawal" have been shown. Local Civ. R. 1.4; *see also TufAmerica, Inc. v. Codigo Music LLC*, No. 11 Civ. 1434, 2017 WL 3475499, at *5 (S.D.N.Y. Aug. 11, 2017) (observing that "a court has considerable discretion in deciding a motion for withdrawal of counsel" (citation omitted)).

      Accordingly, counsel's motion to withdraw as counsel is GRANTED. All deadlines in this matter shall be STAYED until new counsel for Plaintiff makes an appearance on the docket or until **November 11, 2024**, whichever is sooner. If new counsel does not make an appearance by November 11, 2024, the Court shall lift the stay and set new deadlines with the understanding that Plaintiff will be proceeding *pro se*. If new counsel does make an appearance by November 11, 2024, the Court will set new deadlines. The Clerk of Court is respectfully directed to terminate the appearance of attorneys Ariel Mitchell-Kidd and Steven A. Metcalf, II, on the docket. The Clerk is also directed to terminate the motions at ECF Nos. 28 and 29.

      SO ORDERED.

Dated: October 10, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge