```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/12/2024  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

               Plaintiff,

-against-

SEAN COMBS a/k/a "P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE", BAD BOY ENTERTAINMENT HOLDINGS, INC., SEAN JOHN CLOTHING LLC, INC., COMBS GLOBAL ENTERPRISES, TAMIKO THOMAS, JACOB ARABOV a/k/a "JACOB THE JEWELER," VIBE MAGAZINE a/k/a "VIBE," PENSKE MEDIA CORPORATION a/k/a and d/b/a "PMC," JOHN and JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10,

               Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

      By order dated October 10, 2024, the Court stayed this matter until counsel entered an appearance for Plaintiff or until November 11, 2024, whichever came first. ECF No. 31. No counsel has entered an appearance on behalf of Plaintiff. Accordingly, the Court LIFTS the stay.

      Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." More than 90 days have passed since Plaintiff filed her complaint, *see* ECF No. 1, and no proof of service or waiver of service has been filed on the docket, nor has any Defendant appeared in this action. Accordingly, by **December 10, 2024**, Plaintiff shall cause a copy of the summons and complaint to be served on each Defendant and file proof of such service with the Court pursuant to Federal Rule of Civil Procedure 4. If Plaintiff is unable to timely serve Defendants and file proof of such service with the Court, Plaintiff shall, by the same date, file a letter explaining why there is "good cause for the failure" or otherwise state her intentions with respect to the prosecution of this matter. Fed. R. Civ. P. 4(m).

      The Clerk of Court is respectfully directed to mail a copy of this order and the Court's Individual Practices in Civil *Pro Se* Cases to Plaintiff *pro se*. The Individual Practices are available on the Court's website: https://www.nysd.uscourts.gov/hon-analisa-torres. The parties are directed to review the Individual Practices in Civil *Pro Se* Cases and strictly adhere to them.

      SO ORDERED.

Dated: November 12, 2024
       New York, New York

                                                            ANALISA TORRES
                                         United States District Judge