AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Adria English | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:24-cv-05090 |
| Sean Combs, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adria English

Date:   12/09/2024

*Attorney's signature*

Joel Taylor - 4017273
*Printed name and bar number*

Kagen, Caspersen, & Bogart
551 Madison Avenue, 12th Floor
New York, New York 10022
212-880-2045
*Address*

jtaylor@kcbfirm.com
*E-mail address*

(212) 880-2045
*Telephone number*

*FAX number*