UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH

                Plaintiff,

-against-

SEAN COMBS et al.

                Defendant.

____24____ cv __05090____ ( )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Anne Andrews__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __CALIFORNIA__; and that his/her contact information is as follows (please print):

Applicant's Name: __Anne Andrews__

Firm Name: __ANDREWS & THORNTON__

Address: __4701 VON KARMAN AVE, SUITE 300__

City / State / Zip: __NEWPORT BEACH, CA 92660__

Telephone / Fax: __949-748-1000 | 949-315-3540__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __ADRIA ENGLISH__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

                                                                       _____

                                                                       United States District / Magistrate Judge