```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

           Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN and JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

           Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated September 10, 2024, the Court directed the parties to file a joint letter and proposed case management plan by October 1, 2024.  ECF No. 25.  On October 11, 2024, the Court stayed all deadlines in the case.  ECF No. 31.  By order dated November 12, 2024, the Court lifted the stay and directed Plaintiff, Adria English, to cause a copy of the summons and complaint to be served on each Defendant by December 10, 2024.  ECF No. 32.  On December 10, 2024, the Court granted English's request to extend the deadline by which to effect service and file proof of the same on the docket to January 9, 2025.  ECF No. 35.

    On January 10, 2025, English filed an amended complaint, ECF No. 47, as well as waivers of service executed by counsel for Defendants Bad Boy Entertainment Holdings, Inc., Combs Global Enterprises, and Sean Combs.  ECF Nos. 43–45.  English also filed, with respect to Defendant Sean John Clothing LLC, Inc., a waiver of service that is not executed.  ECF No. 46 at 2.

    Accordingly, by **January 15, 2025**, English shall either file proof of service or a fully executed waiver of service with respect to Sean John Clothing LLC, Inc.

    By **March 13, 2025**, the parties shall file their joint letter and proposed case management plan.  *See* ECF No. 6.

    SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                                      ANALISA TORRES
                                                   United States District Judge