UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――

| | |
|---|---|
| ADRIA ENGLISH,<br><br>                              *Plaintiff*,<br><br>-against-<br><br>SEAN COMBS also known as P.DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE" (an Individual), BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation), SEAN JOHN CLOTHING L.L.C., INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive<br><br>                              *Defendants* | Case No.: 1:24-cv-05090<br><br>Hon. Judge Torres |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE**, that upon the declarations of Kimberly Degonia, Esq., and Joel M. Taylor, Esq., the accompanying memorandum of law, and all other papers and proceedings in this matter, Plaintiff's Attorneys from Andrews & Thornton AAL, LLC, the Watts Firm, and Kagen Caspersen & Bogart PLLC, will move this Court, before the Honorable Judge Analisa Torres, United States District Judge, Courtroom 15D, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order, pursuant to Local Rule 1.4: (a) granting Plaintiff's counsel, Andrews and Thornton AAL, LLC, the Watts Firm, and Kagen Casperson & Bogart PLLC (together, the "Withdrawing Attorneys"), leave to withdraw as counsel to Plaintiff Adria English; and (b) staying all proceedings in this action for sixty days to provide Ms. English time to retain new counsel. The grounds for the motion, which are set forth in movants' memorandum of

1

law, include a breakdown in communications and the attorney-client relationship between Ms. English and her attorneys.

Dated:  March 10, 2025

                                                ANDREWS & THORNTON

                                                Anne Andrews, Esq.

Sean Thomas Higgins, Esq.
Kimberly DeGonia, Esq.
Ryan McIntosh, Esq.
survivor@andrewsthornton.com

Attorney for Plaintiff


KAGEN, CASPERSEN & BOGART

/s/ Joel Taylor
Joel Taylor
551 Madison Avenue, 12th Floor
New York, NY 10022
jtaylor@kcbfirm.com
Tel: 212-880-2045
Attorneys for Plaintiff