```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/19/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

                Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On March 10, 2025, counsel for Plaintiff, Anne Andrews, Sean Thomas Higgins, Kimberly DeGonia, Ryan McIntosh, and Joel Taylor (together, the "Withdrawing Attorneys"), moved to withdraw as counsel. ECF No. 64. On March 14, at the direction of the Court, the Withdrawing Attorneys transmitted two declarations in support of their withdrawal motion for *ex parte*, *in camera* review. *See* ECF No. 68 (explaining that the Court may consider *in camera* submissions to prevent a party from being prejudiced by the application of counsel to withdraw). Having reviewed the Withdrawing Attorneys' submissions, the Court finds that "satisfactory reasons for withdrawal" have been shown. Local Civ. R. 1.4; *see also TufAmerica, Inc. v. Codigo Music LLC*, No. 11 Civ. 1434, 2017 WL 3475499, at *5 (S.D.N.Y. Aug. 11, 2017) (observing that "a court has considerable discretion in deciding a motion for withdrawal of counsel" (citation omitted)).

      Accordingly, the Withdrawing Attorneys' motion to withdraw, ECF No. 64, is GRANTED. The Clerk of Court is respectfully directed to terminate the appearance of attorney Joel Malen Taylor. The stay ordered at ECF No. 68 is CONTINUED for seven days. If, by **March 26, 2025**, no counsel has entered an appearance for Plaintiff, the Court shall lift the stay and the action shall proceed in accordance with this Court's Individual Practices in *Pro Se* Cases.

      By **March 20, 2025**, the Withdrawing Attorneys shall provide Plaintiff with a copy of this order, as well as a copy of the Court's Individual Practices in *Pro Se* Cases.

      SO ORDERED.

Dated: March 19, 2025
      New York, New York

                                                      ANALISA TORRES
                                               United States District Judge