Adria Sheri English
25641 Mesa Edge Court
Menifee, CA 92585
ConsultingSheri@gmail.com
(702) 559-5093

March 25, 2025

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
(212) 805-0292

**Re: Request for Extension of Time to Secure Counsel**
**Case No.: 24 Civ. 5090 (AT)**

Dear Judge Torres,

I, Adria Sheri English, respectfully submit this letter to formally request a 60-day extension of the Court's March 26, 2025 deadline to secure substitute counsel in the above-referenced matter. This is my first request for an extension, and I have been actively seeking legal representation. I have identified an attorney in Virginia who is in the process of securing local New York counsel to appear on my behalf in this Court.

Given the unexpected withdrawal of my prior attorneys and the logistical challenges of securing new representation while residing in California, I kindly request additional time to complete this process. I have reached out to Defendants' counsel to seek their consent to this request, though their position on the matter is currently unknown.

For the Court's consideration, I have attached a [Proposed] Order granting my request for an extension. Should the Court require any further information or a hard copy of this letter, please let me know.

I sincerely appreciate the Court's time and consideration of this request.


**Respectfully submitted,**

Adria Sheri English

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

Adria Sheri English,

              Plaintiff,

v. Case No.: 24 Civ. 5090 (AT)

Sean Combs, et al.,

              Defendants.

-------------------------------------------------X

              [PROPOSED] ORDER GRANTING EXTENSION OF TIME

Upon consideration of Plaintiff Adria Sheri English's request for an extension of time to secure substitute counsel, the Court finds that good cause exists to grant the request.

IT IS HEREBY ORDERED that:

1. Plaintiff's request for a 60-day extension from the March 26, 2025 deadline to obtain substitute counsel is GRANTED.
2. Plaintiff shall have until May 25, 2025 to secure and have counsel enter an appearance in this matter.
3. If no counsel has entered an appearance by the new deadline, the action shall proceed in accordance with the Court's Individual Practices in Pro Se Cases.
4. The stay ordered at ECF No. 68 is CONTINUED until the new deadline specified above.

SO ORDERED.

Dated: _____, 2025 New York, New York

_____

HON. ANALISA TORRES
United States District Judge