```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/27/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

            Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

            Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of the motion filed by Plaintiff *pro se*, Adria English, to continue the stay ordered by the Court on March 11, 2025, for an additional sixty days. ECF Nos. 71–72; *see* ECF No. 68. By **April 1, 2025**, Defendants shall file their response to English's motion. English may file an optional reply by **April 4, 2025**.

    SO ORDERED.

Dated: March 27, 2025
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge