USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/23/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

              Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

              Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Attorney Daniel Romeo Smalls is directed to refile his notice of appearance, selecting Plaintiff, Adria English, as the filer. For questions, contact the Court's CM/ECF support.

    The Clerk of Court is respectfully directed to delete "Mr. Daniel Romeo Smalls" as a party to this action.

    SO ORDERED.

Dated: April 23, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge