```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/23/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

                Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The stay ordered by the Court on March 11, 2025, is lifted. ECF No. 68; *see also* ECF Nos. 70, 76. By **April 29, 2025**, Plaintiff shall respond to Defendants' pre-motion letter. *See* ECF No. 67. By **May 7, 2025**, the parties shall file their joint letter and jointly proposed case management plan. *See* ECF No. 6.

      The Clerk of Court is respectfully directed to terminate the motion at ECF No. 66.

      SO ORDERED.

Dated: April 23, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge