UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| ADRIA ENGLISH, ) | |
|               *Plaintiff,* ) | **MOTION FOR** |
| ) | **ADMISSION PRO HAC VICE** |
| ) | |
| .V. ) | Civil Case No.: 1:24-CV-05090-AT |
| ) | |
| SEAN COMBS a/k/a "P. DIDDY, DIDDY, ) | |
| PUFF, PUFF DADDY, PUFFY, and BROTHER LOVE" ) | |
| : BAD BOY ENTERTAINMENTS HOLDINGS, INC., ) | |
| : SEAN JOHN CLOTHING LLC, INC., ) | |
| : COMBS GLOBAL ENTERPRISES, ) | |
| : JOHN DOES 1-10, and ) | |
| : ORGANIZATIONAL DOES 1-10 ) | |
| ) | |
|               *Defendants.* ) | |

------------------------------------------------------------------X

      I, JASPER LEE MILLS, ESQ., pursuant to Local Rule 1.3 of the Local Rules of the United States Court of the Southern District of New York, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Adrian English, in the above-captioned action.

      I am in good standing with the bar in the State of New York and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any Court; I have attached the affidavit pursuant to Local Rule 1.3.

                                                Respectfully Submitted,

Dated: April 25, 2025                    By.: _____

                                                Jasper Lee Mills, Esq.
                                                Bar Roll #: 702687
                                                Mills Law Group, PLLC
                                                240 State Street, Ste 4
                                                Schenectady, New York 12305
                                                millslawgroup@outlook.com
                                                (518) 265-5494

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ADRIA ENGLISH,                                         )

        *Plaintiff,*                                      )

                      .V.                            )

SEAN COMBS a/k/a "P. DIDDY, DIDDY,                     )
PUFF, PUFF DADDY, PUFFY, and BROTHER LOVE"             )
: BAD BOY ENTERTAINMENTS HOLDINGS, INC.,               )
: SEAN JOHN CLOTHING LLC, INC.,                        )
: COMBS GLOBAL ENTERPRISES,                            )
: JOHN DOES 1-10, and                                  )
: ORGANIZATIONAL DOES 1-10                             )
                                                       )
        *Defendants.*                                    )
-------------------------------------------------------------------X

**DECLARATION IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

Civil Case No.: 1:24-cv-05090-AT

    I, **Jasper Lee Mills, Esq.**, hereby declare as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred, or denied admission or readmission by any Court.
3. There are no pending disciplinary proceedings against me in any State or Federal Court.
4. I am a member in good standing of the bar of New York.

I hereby declare under the penalty of perjury that the foregoing statements are true and correct.

Respectfully Submitted,

Dated: April 25, 2025                    By: _____

Jasper Lee Mills, Esq.
Bar Roll #: 702687
Mills Law Group, PLLC
240 State Street, Ste 4
Schenectady, New York 12305
millslawgroup@outlook.com
(518) 265-5494

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Northern District of New York

**CERTIFICATE OF GOOD STANDING**

I, __John M. Domurad__, Clerk of this Court,

certify that __JASPER LEE MILLS, III__, Bar # __702687__,

was duly admitted to practice in this Court on __April 16, 2021__, and is in good standing as a member

of the Bar of this Court.

Dated at __Syracuse, New York__ on __November 12, 2024__
      *(Location)*                                    *(Date)*

John M. Domurad
CLERK

*Tracey Donovan*
DEPUTY CLERK



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jasper Lee Mills, III

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 26, 2007**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on August 8, 2024.

*Robert D. Mayberger*
Clerk of the Court

CertID-00186548