```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/28/2025  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

                Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Clerk of Court is respectfully directed to restrict access to ECF Nos. 77-1 and 80-1 to Plaintiff, Adria English.  *See* ECF No. 86.

      SO ORDERED.

Dated: April 28, 2025
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge