UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

ADRIA ENGLISH,                                    )

              *Plaintiff,*                    )           **MOTION FOR**

                       )           **ADMISSION PRO HAC VICE**

     .V.                                      )

                       )           Civil Case No.: 1:24-CV-05090-AT

SEAN COMBS, ET AL.                                )

                       )

            *Defendants.*                    )

-------------------------------------------------------------------------X

       I, JASPER LEE MILLS, ESQ., pursuant to Local Rule 1.3 of the Local Rules of the

United States Court of the Southern District of New York, hereby move this Court for an Order

for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Adrian English, in the

above-captioned action.

       I am in good standing with the bar in the State of New York and there are no pending

disciplinary proceedings against me in any State or Federal Court. I have never been convicted of

a felony. I have never been censured, suspended, disbarred or denied admission or readmission

by any Court; I have attached the affidavit pursuant to Local Rule 1.3.


                                      Respectfully Submitted,

Dated: April 29, 2025

                                   By:

                                   Jasper Lee Mills, Esq.
                                   Bar Roll #: 702687
                                   Mills Law Group, PLLC
                                   240 State Street, Ste 4
                                   Schenectady, New York 12305
                                   millslawgroup@outlook.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ADRIA ENGLISH,                                    )
                      *Plaintiff,*     )
                                )
                                )
           .V.                    )
                                )
                                )
SEAN COMBS, ET AL.                                 )
                                )
                 *Defendants.*     )

------------------------------------------------------------------------X

**DECLARATION IN SUPPORT
OF APPLICATION FOR
ADMISSION PRO HAC VICE**

Civil Case No.: 1:24-CV-05090-AT

I, Jasper Lee Mills, Esq., hereby declare as follows:

1. I have never been convicted of a felony.

2. I have never been censured, suspended, disbarred, or denied admission or readmission by any Court.

3. There are no pending disciplinary proceedings against me in any State of Federal Court.

4. I am a member in good standing of the bar of New York.

I hereby declare under the penalty of perjury that the foregoing statements are true and correct.

Respectfully submitted

Dated: April 29, 2025

By.: _____
Jasper Lee Mills, Esq.
Bar Roll #: 702687
Mills Law Group, PLLC
240 State Street, Ste 4
Schenectady, New York 1230
millslawgroup@outlook.com

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, _____ John M. Domurad _____, Clerk of this Court,

certify that _____ Jasper Lee Mills III _____, Bar # _____ 702687 _____,

was duly admitted to practice in this Court on _____ April 16, 2021 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Albany, New York _____ on _____ April 29, 2025 _____
　　　　　　　　　　　　　　　(Location)　　　　　　　　　　　　　　　　　　　　(Date)

_____
John M. Domurad
CLERK

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

ADRIA ENGLISH,                                    )        **(PROPOSED) ORDER FOR**
                            *Plaintiff,*           )        **ADMISSION PRO HAC VICE**
                                                  )
        .V.                                       )
                                                  )        Civil Case No.: 1:24-cv-05090-AT
                                                  )
SEAN COMBS, ET AL.                                )
                                                  )
                            *Defendants.*          )
------------------------------------------------------------------------X

The Motion of Jasper L. Mills for admission to practice Pro Hac Vice in the above-

captioned action has been granted.

The applicant has declared that he is a member in good standing of the bar of the State of

New York and that his contact information is as follows:

|  |  |
|---|---|
| **Applicant's Name:** | Jasper Lee Mills |
| **Firm Address:** | Mills Law Group, PLLC |
| **Address:** | 240 State Street, Suite 4 |
| **City/State/Zip:** | Schenectady, New York 12305 |
| **Telephone:** | (518) 512-3000 |
| **Email:** | millslawgroup@outlook.com |

Applicant having requested admission Pro Hac Vice for all purposes as counsel for

Plaintiff, Adria English.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

Including the Rules governing discipline of attorneys.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above-captioned action in the United States District Court for the Southern District of New York.

**SO ORDERED.**

DATED:_____, 2025

By.:    _____

        **Honorable Analisa Torres**
        **United States District Court Judge**