```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/29/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIA ENGLISH,

                Plaintiff,

-against-

SEAN COMBS also known as P. DIDDY, DIDDY, PUFF, PUFF DADDY, PUFFY, BROTHER LOVE (an Individual); BAD BOY ENTERTAINMENT HOLDINGS, INC. (a corporation); SEAN JOHN CLOTHING LLC, INC. (a corporation), COMBS GLOBAL ENTERPRISES (a corporation), JOHN AND JANE DOES 1-10, and ORGANIZATIONAL DOES 1-10, Inclusive,

                Defendants.

24 Civ. 5090 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' joint letter and jointly proposed case management plan dated May 27, 2025. ECF Nos. 98–99. The Court agrees with the parties that judicial economy counsels in favor of a stay and that to proceed at this juncture risks wasting judicial and party resources. *See* ECF No. 98 at 2–3. The parties' joint request for a stay pending the Second Circuit's resolution of the appeals in *Parker v. Alexander*, No. 25-487 (2d Cir.), and *Doe v. Black*, No. 25-564 (2d Cir.), is, therefore, GRANTED. The Clerk of Court is respectfully directed to STAY all hearings, deadlines, and motions in this matter pending further order of the Court.

      In light of the stay, Plaintiff's motion for leave to amend the complaint, ECF No. 96, is DENIED as moot, without prejudice to renewal within **30 days** of the Second Circuit's decision in *Parker* and *Black*. Within **60 days** of the Second Circuit's decision in those matters, the parties shall file a joint letter and jointly proposed, revised case management plan, in accordance with ¶¶ 4–5 of ECF No. 6.

      SO ORDERED.

Dated: May 29, 2025
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge